# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00589-CR

**Garland Scroggins, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
### NO. 3012305, HONORABLE BOB PERKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from the denial of appellant's "Motion for Nunc Pro Tunc Order to Correct Invalid Affirmative Finding of a Deadly Weapon." The denial of a motion for a nunc pro tunc judgment is not an appealable order. *Everett v. State*, 82 S.W.3d 735, 735 (Tex. App.—Waco 2002, pet dism'd). Because this appeal does not fall within the exceptions to the general rule that appeal may be taken only from a final judgment of conviction, we have no jurisdiction. Accordingly, we dismiss the appeal.

Diane M. Henson, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed for Want of Jurisdiction

Filed:   October 30, 2008

Do Not Publish